No. 01–6211. DAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–1742. ABDUR'RAHMAN v. BELL, WARDEN. C. A. 6th Cir. Motion of respondent to strike portions of the brief, as *amici curiae,* of the National Mental Health Association et al. denied. Certiorari denied.

No. 00–9744. HOSKINS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari limited to Question 1 presented by the petition.

No. 01–164. NATIONAL RAILROAD PASSENGER CORPORATION v. GRIESSER. Super. Ct. Pa. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–5688. WASHINGTON v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–9632. IN RE PARNELL, 533 U. S. 948. Petition for rehearing denied.

OCTOBER 15, 2001

No. 01–5846. SALLEE v. MENDEZ, WARDEN. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.